

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

November 3, 2023

**BY EMAIL**
The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    ***United States v. Felix Reynoso AKA Jose Wilmer Velasquez-Castro*, 23 MJ 84**

Dear Judge Krause:

    In light of the arrest yesterday of the defendant, Felix Reynoso AKA Jose Wilmer Velasquez-Castro, in the above-titled matter, the Government respectfully requests that the complaint be unsealed.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By:    */s/ Ben Arad*
        Ben Arad
        Assistant United States Attorney
        Southern District of New York
        (914) 993-1907

CC: Elizabeth Quinn, Esq.

SO ORDERED.

*[signature: Andrew Krause]*

ANDREW E. KRAUSE
United States Magistrate Judge